**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN NY 11201

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUN 2 8 2019 ★

**BROOKLYN OFFICE**

CHAMBERS OF
HONORABLE PAMELA K. CHEN
DISTRICT JUDGE

June 28, 2019

Federal Medical Center Carswell
P.O. Box 27137
Fort Worth, TX 76127

     Re:   Jennie Lemay, USMS No. 96734-038

Dear Sir or Madam,

     I am transmitting, for your information and attention, as necessary, the enclosed letter from the sister of FCM Carswell inmate Jennie Lemay regarding her cancer treatment. Ms. Lemay was convicted and sentenced in a criminal matter before me, *United States v. Lemay*, 14 CR 189 (E.D.N.Y.).

     Please feel free to contact my courtroom deputy, Fida Abdallah, at (718) 613-2510, if you have any questions.

                 Sincerely

                 s/PKC

                 Pamela K. Chen
                 United States District Judge

Encl.

To the honorable Judge Chen,

    my name is Patti Ellis. My sister was tried in your court. Her name is Jennie LeMay.

    I reach out to you for help, as I feel I have no one to turn to.

    Jennie has been brought to Texas as the cancer has metastisized. She is scared, alone and dying.

    They put a port in 2 weeks before she left Conneticut. She has been in Texas over 3 weeks. They have begun no treatment. Nobody will give us any answers. The doctor in Conneticut said with immediate treatment she has a 20% chance of survival.

    I beg of you to reach out and help my sister.

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 27 2019 ★
BROOKLYN OFFICE

Thank you for your consideration

Patti A. Ellis

Patti Ellis
82 B. Pleasant ST
Plainville MA
02762

The Honorable Pamela K. Chen
U.S. District Judge
U.S. District Court for the Eastern District
225 Cadman Plaza East
Brooklyn, New York
11201

PROVIDENCE RI 028

25 JUN 2019 PM 4 L

USPS

11201818882 0080

