TO: Clerk's Office
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

APPLICATION FOR LEAVE
TO FILE DOCUMENT UNDER SEAL

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 12 2019 ★
BROOKLYN OFFICE

*******************************

USA

-v.-

Jennie Lamay

*******************************

14CR 189 (PKC)
Docket Number

A) ___ Pursuant to a prior Court Order:
Docket Number of Case in Which Entered:_____
Judge/Magistrate Judge:_____
Date Entered:_____

_____ B)
If a **new** application, the statute, regulation, or other legal basis that authorizes filing under seal

SUBMITTED BY: Plaintiff___ Defendant___ DOJ___
Name:_____
Firm Name:_____
Address:_____

Phone Number:_____
E-Mail Address:_____

INDICATE UPON THE PUBLIC DOCKET SHEET: YES___ NO___
If yes, state description of document to be entered on docket sheet:
Email response

ORDERED SEALED AND PLACED IN THE CLERK'S OFFICE, AND MAY **NOT** BE UNSEALED UNLESS ORDERED BY THE COURT.

DATED: 7/1/19 , NEW YORK Brooklyn

U.S. DISTRICT JUDGE/U.S. MAGISTRATE JUDGE

RECEIVED IN CLERK'S OFFICE_____
DATE

**MANDATORY CERTIFICATION OF SERVICE**:
**A.)** ___ A copy of this application either has been or will be promptly served upon all parties to this action, **B.)** ___ Service is excused by 31 U.S.C. 3730(b), or by the following other statute or regulation:_____; or **C.)** ___ This is a criminal document submitted, and flight public safety, or security are significant concerns. (Check one)

_____     _____
DATE                                SIGNATURE